54 A.3d 21

**Mark Anthony ROBINSON, Appellant**

v.

John WETZEL, Secretary for Department of Corrections, Randall Britton, Deputy Secretary, Central Region, Department of Corrections, Marirosa Lamas, Superintendent SCI–Rockview, William ("Ted") Williams, Chief Health Care Administrator SCI–Rockview, Julie Koltay, Physician Assistant, SCI–Rockview, Ms. Swineheart, License Practicing Nurse, SCI–Rockview, Dorina Varner, Chief Grievance Officer, Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the Order of the Commonwealth Court is **AFFIRMED.**